Lisa A. Maxfield · OSB 84433
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2661 · f. 503.222.2864
lamaxfield@pacificnwlaw.com

Attorney for Defendant Angeledith Saramaylene Smith

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANGELEDITH SARAMAYLENE SMITH,<br><br>　　　　　Defendant. | 3:12-cr-00538-BR<br>AMENDED *UNOPPOSED*<br>MOTION TO CONTINUE TRIAL DATE |

　　　The Defendant, Angeledith Saramaylene Smith, through counsel Pacific Northwest Law, LLP and Lisa A. Maxfield hereby joins her co-defendant and moves for an order continuing trial from December 18, 2012 to a date June 10, 2013.  Defendant relies on the Declaration of Counsel filed today's date.

　　　Pursuant to the Speedy Trial Act, 18 U.S.C. Sec. 3161(h)(7)(A) this continuance period will be excludable delay because defense counsel needs a reasonable amount of time to effectively prepare defendant's case, and the ends of justice will be better served by the granting of the continuance, and will outweigh the best interests of the

public and the defendant in a speedier trial.  Ms. Buchholz is in custody and has consented to this delay.

The requested continuance is unopposed by the government represented by Craig Gabriel.

DATED this 11th day of December 2012.

Respectfully submitted,
Pacific Northwest Law, LLP

/s/ Lisa A. Maxfield
Lisa A. Maxfield • *Partner*
Attorney for Defendant Angeledith Saramaylene Smith